## ANTHONY BEELIN AND HENRY C. BOSLER, LATE PARTNERS TRADING UNDER THE FIRM OF BOSLER & CO., *versus* ABRAHAM EDWARDS

JOURNAL ENTRIES (1824): *Journal 3:* (1) Judgment, damages to be reported by clerk *p. 478; (2) report of damages affirmed, rule for judgment *p. 478.

PAPERS IN FILE: (1) Precipe for capias; (2) capias and return; (3) recognizance; (4) bail piece; (5) declaration; (6) plea of non assumpsit, notice of set off; (7) report of clerk of amount due; (8) calculations; (9) precipe for execution fi. fa.; (10) writ of fi. fa. and return.

*1822–23 Calendar,* MS p. 152. Recorded in *Book B,* MS pp. 411–15.

## JAMES BOYD, JR. *versus* JOHN McCOMBS

JOURNAL ENTRIES (1824): *Journal 3:* (1) Relicta cognovit, rule for judgment *p. 478.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) recognizance and bail piece; (4) exception to bail; (5) waiver of exception to bail; (6) declaration and oyer; (7) plea of non assumpsit; (8) relicta cognovit; (9) precipe for execution fi. fa.; (10) writ of fi. fa. and return; (11) satisfaction piece.

*1822–23 Calendar,* MS p. 111. Recorded in *Book B,* MS pp. 425–28.